## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

CRAWTHORNE POOLE                                               PLAINTIFF

V.                                    CIVIL ACTION NO. 2:11-CV-158-KS-MTP

BEN FORD, et al.                                              DEFENDANTS


### ORDER

On June 4, 2012, the Magistrate Judge entered his Report and Recommendation [29] in this matter, recommending that the Court dismiss this matter without prejudice for the Plaintiff's failure to prosecute and failure to comply with the Court's orders. Plaintiff filed no objection to the Report and Recommendation.

As required by 28 U.S.C. § 636(b)(1), the Court has conducted an independent review of the entire record. The Court concludes that the Report and Recommendation [39] is an accurate statement of the facts and a correct analysis of the law in all respects. The Court clearly warned Plaintiff that failure to advise of a change in his mailing address or comply with any other order may result in the dismissal of his case. Plaintiff failed to provide the Court with a current mailing address, and he has not filed anything since November 6, 2011. Therefore, the Court accepts, approves, and adopts the factual findings and legal conclusions contained in the Report and Recommendation [29] entered by United States Magistrate Judge Michael T. Parker pursuant to 28 U.S.C. § 636(b)(1).

Based on Plaintiff's contumacious conduct and clear record of delay in this

matter, the Court *sua sponte* **dismisses** this case **without prejudice** pursuant to Rule 41.

SO ORDERED AND ADJUDGED this 28th day of June, 2012.


*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE